# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3043
_____

EMERSON WARE,

    Appellant,

v.

DEPARTMENT OF CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Lafayette County.
David William Fina, Judge.

May 5, 2026

PER CURIAM.

    AFFIRMED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Emerson Ware, pro se, Appellant.

James Uthmeier, Attorney General, and Anne Catherine Conley, Assistant Attorney General, Tallahassee, for Appellee.